# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER:  06-po-01146-MJW |
| KEVIN PIEPER | Robert Pepin (Defendant's Attorney) |

**THE DEFENDANT:**  Pleaded guilty to count one of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. § 261.10(k) | Occupy National Forest System Land Without Permit | 6/15/06 | one |

**It is further ordered that defendant serve one year unsupervised Probation with the special condition that defendant not return to the Rainbow Gathering in Colorado except to retrieve his personal belongings.  Once his personal belongings are retrieved from the Rainbow Gathering site, defendant is to leave the site immediately and not return.**

### MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court on or before August 3, 2006.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $10.00 | None |

7/3/06
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

7/11/06
Date